AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT



for the

Central District of California

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>8/22/25<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____MRV_____ DEPUTY | | FILED<br>CLERK, U.S. DISTRICT COURT<br>8/22/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____ts____ DEPUTY |

United States of America

v.

Bobby Nunez,

Defendant

Case No. 2:25-mj-05190-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 15, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government property |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Joseph McKenzie*
Complainant's signature

Joseph McKenzie, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 8/22/2025 at 3:33 p.m.

*Judge's signature*

City and state: Los Angeles, California       Hon. Stephanie Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Neil P. Thakor (x6595)

**AFFIDAVIT**

I, Joseph McKenzie, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since March 2018.  I am a graduate of the Federal Law Enforcement Center in Glynco, Georgia, where I completed the Basic Criminal Investigator Training Program and the HSI Special Agent Training Program.  I received seventeen weeks of training in the detection and investigation of violations investigated by HSI; including fraud and financial crimes including money laundering.  In addition, I have received a bachelor's degree in accounting and finance from American Intercontinental University, and a Graduate Certificate in Forensic Accounting from George Mason University.  I am currently assigned to the El Camino Real Financial Crimes Taskforce, which investigates financial crimes related to bulk cash smuggling, trade-based money laundering, access device fraud, and other financial crimes.  I have conducted multiple investigations relating to assaulting and impeding federal officers in the Central District of California.

2. During this investigation, a variety of investigative techniques and resources were used, including physical surveillance, interviews, retrieving video surveillance footage, and the review of various databases and records. I also learned of information during this investigation from other law enforcement agents and criminal research specialists. This

affidavit does not include all the investigative information discovered in this case but the information necessary to establish probable cause.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Bobby NUNEZ for a violation of 18 U.S.C. § 641 (Theft of government property).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III. SUMMARY OF PROBABLE CAUSE

5. On August 15, 2025, NUNEZ interfered with federal law enforcement officers when he struck an officer with a car door and then towed a government vehicle using a white Dodge tow truck.

6. On August 17, 2025, HSI agents attempted to locate NUNEZ at the Da Vinci apartment complex located at 909 West Temple Street in Los Angeles, California ("Da Vinci Apartments") where the government vehicle was towed. While there, agents observed the tow truck parked in an assigned residential space

at the Da Vinci Apartments. Based on queries of the California Department of Motor Vehicles database using the address and apartment number where the tow truck was parked, HSI identified NUNEZ as the owner of the tow truck.

7. HSI analysts also found a post from NUNEZ's social media accounts showing the tow truck.

8. Law enforcement officers were able to further confirm NUNEZ's identity using his California Driver's License, U.S. passport photo, as well as video recordings and social media posts of the incident.

## IV. STATEMENT OF PROBABLE CAUSE

9. Based on discussions with other law enforcement agents that were involved in the incident, my own knowledge of the investigation, and my training and experience, I am aware of the following:

### A. NUNEZ TOWS AWAY A GOVERNMENT VEHICLE BEING USED BY LAW ENFORCEMENT OFFICERS TO CONDUCT AN ARREST

10. On August 15, 2025, HSI Special Agent ("SA") R.E., Immigration and Customs Enforcement ("ICE") Deportation Officer J.A., and Deputy United States Marshal J.B. conducted an arrest on Tatiana MAFLA-MARTINEZ ("MARTINEZ") for a violation of 8 U.S.C § 1325 (illegal entry by an alien).

11. In attempting to arrest MARTINEZ, at approximately 8:00 a.m., the agents used two government law enforcement vehicles to box MARTINEZ's vehicle in and prevent her escape. Both government vehicles had their emergency lights activated during this incident, which occurred at the exit to the Da Vinci

apartment complex's parking structure, located on Fremont Street southwest of Temple Street in Los Angeles, California.[1]

12. Based on interviews with the law enforcement officers who arrested MARTINEZ, I know the following:

    a. During the officers' struggle to arrest MARTINEZ, who was not compliant, a tow truck driver, later identified as NUNEZ, approached MARTINEZ's vehicle and began pressing the passenger side door of MARTINEZ's vehicle on Officer J.A. as he was attempting to arrest MARTINEZ. Officer J.A. said he told NUNEZ, "Police, get back. You're going to get arrested."

    b. Deputy J.B. told NUNEZ the officers were conducting a "federal investigation" and to stop closing the door. NUNEZ then began swearing at the officers and said "something was going to happen" to the officers.

    c. Officer J.A. then observed a second unknown male, later identified as H.C., approach MARTINEZ's vehicle to interfere with the arrest. While officers were addressing the interference from H.C., NUNEZ got into his tow truck and towed one of the government vehicles that was boxing in MARTINEZ'S vehicle. At the time of this interference, the government vehicle had keys inside as well as a firearm locked in a safe also inside the vehicle.

    d. Officer J.A. chased the tow truck on foot, and could see NUNEZ laughing and recording him on NUNEZ's cellular

---

[1] HSI Agents determined via open-source internet research that the Da Vinci Apartments, contains two buildings (Building A and Building B). Building A is located along Temple Street, while Building B is located along Fremont Street.

phone. Officer J.A. observed the tow truck turn eastbound on Temple Street before he stopped his foot pursuit.

13. Law enforcement agents reviewed a TikTok social media video depicting NUNEZ wearing a black t-shirt with "Tow Industries". In the video, NUNEZ is positioned by the passenger side of MARTINEZ's vehicle with the door between him and Officer J.A. and NUNEZ is pushing against the door. SA R.E. attempts to have NUNEZ step back from the vehicle and NUNEZ moves forward and continues to push the door. SA R.E. uses his forearm to hold NUNEZ back from the vehicle.

**B.   REVIEW OF VIDEO AND SOCIAL MEDIA**

14. On August 17, 2025, at approximately 5:00 p.m., HSI SSA R.R. reviewed cellular phone camera footage taken by SA R.E. In the video, the emergency lights of the government vehicles are activated and SA R.E. identifies the law enforcement officers who conducted the arrest of MARTINEZ as police. The video also shows NUNEZ near the passenger side door of MARTINEZ's vehicle, with a cellular phone held up, indicating he was making a video recording.

15. On August 18, 2025, SSA R.R. reviewed a TikTok social media video which showed NUNEZ wearing a black t-shirt that read, "Tow Industries" written in white lettering on the back. In the video, NUNEZ is positioned by the passenger side of MARTINEZ's vehicle with the door between him and Officer J.A. and NUNEZ is pushing against the door. SA R.E. attempts to have NUNEZ step back from the vehicle and NUNEZ moves forward and

continues to push the door. SA R.E. uses his forearm to hold NUNEZ back from the vehicle.

16. SSA R.R. also reviewed another TikTok social media video that showed a white tow truck with a chrome grill towing the government vehicle from the exit area of the Da Vinci Apartment's parking garage.

17. SSA R.R. also reviewed an Instagram video which showed the government vehicle being towed out of the exit area of the Da Vinci Apartments parking garage. Officer J.A. is seen jogging after the tow truck to stop it, Officer J.A. then returns to the arrest scene without the government vehicle.

C. **NUNEZ IS THE OWNER OF THE TOW TRUCK**

18. On August 16, 2025, at approximately 2:20 p.m., HSI agents located the tow truck parked in space 285 of the Da Vinci Apartment complex parking garage. The tow truck had no affixed license plates. However, a sign on the rear driver's side panel of the vehicle stated, "ITRA Towing, CA612175 DOT3909020, 239 W 15st Los Angeles, CA 90015". In addition, a card, bearing the name, "Harry Aghabadtan HarryA@ucs90057", was covering the tow truck's vehicle identification number ("VIN"). I know from training and experience that criminal offenders will often remove license plates and cover VIN tags to evade law enforcement detection. The vehicle's front grill also appeared to be the same chrome looking grill of the tow truck that took the government vehicle.

19. An HSI analyst conducted records checks related to Department of Transportation ("DOT") number 3909020. The check

revealed that the DOT number was associated with Insured Towing Roadside Assistance and Recovery, Inc., located at 5022 Dalton Avenue, Los Angeles, California.

20. Based on a California Department of Motor Vehicles ("DMV") query, agents learned the 5022 Dalton Avenue address was associated with a California driver's license ("DL") number ending in 9891. That DL number was listed as being assigned to NUNEZ.

21. SSA R.R. compared NUNEZ's DL photo and U.S. passport photo and determined NUNEZ to be the same person as seen in the video.

22. SSA R.R. also conducted a California Secretary of State business search for Insured Towing and Roadside Assistance and Recovery, Inc. which revealed an entity number of 5096716. NUNEZ was listed as the secretary of the corporation.

23. An HSI analyst later conducted law enforcement records checks and determined NUNEZ had an associated address at the Da Vinci Apartments, where the assault and theft occurred on August 16, 2025.

## V. **CONCLUSION**

24. For all the reasons described above, there is probable cause to believe that NUNEZ violated 18 U.S.C § 641 (Theft of Government property).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of August, 2025.

_____
HON. STEPHANIE CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE